Peter J. Kuhn (USB #3820)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, UT 84111
Telephone:     (801) 524-5734
Facsimile:     (801) 524-5628
Email: Peter.J.Kuhn@usdoj.gov

Attorney for Richard A. Wieland, United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**EDWARD JOE BULLOCK and<br>LAURA CHRISTENE BULLOCK,**<br><br>Debtors. | **Bankruptcy Case No. 13-28168 JTM**<br><br>(Chapter 7)<br>Judge Joel T. Marker |

## MOTION FOR ORDER DENYING DISCHARGE

The United States Trustee, by and through his attorney, Peter J. Kuhn, hereby moves the Court for the entry of an order denying the discharge of debts pursuant to 11 U.S.C. §727(a)(8) and Fed. R. Bankr. P. 4004(d) and for such other and further relief as the Court deems appropriate under the circumstances. This motion is supported by the memorandum of points and authorities submitted herewith.

DATED: October 11, 2013

Respectfully Submitted,

/s/
Peter J. Kuhn
Attorney for Richard A. Wieland,
United States Trustee

# CERTIFICATE OF MAILING

      I HEREBY CERTIFY that on October 11, 2013, I caused a true and correct copy of the foregoing **MOTION FOR ORDER DENYING DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(8)** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, as noted below:

Gary E. Jubber, Esq.

      Further, I certify that copies of the **MOTION** were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Edward Joe Bullock
Laura Christene Bullock
5323 South 3325 West
Taylorsville, UT 84129

                                           /s/
                                     Peter J. Kuhn