**Form 253** [Ntc of Denial of Discharge]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Edward Joe Bullock and Laura Christene Bullock<br>        Debtor(s). | Case No. 13−28168 JTM<br>Chapter 7 |

## NOTICE OF DENIAL OF DISCHARGE

Pursuant to Fed. R. Bankr. P. 4006, please take notice that all debts of the debtor(s) are denied discharge under 11 U.S.C. § 727.

Dated: November 4, 2013

                                                               David A. Sime
                                                                Clerk of Court

In re:                                                          Case No. 13-28168-JTM
Edward Joe Bullock                                              Chapter 7
Laura Christene Bullock
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2         User: ksh              Page 1 of 3          Date Rcvd: Nov 04, 2013
                             Form ID: f253          Total Noticed: 111

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2013.
```
db/jdb      +Edward Joe Bullock,    Laura Christene Bullock,    5323 South 3325 West,
              Taylorsville, UT 84129-3122
8946470     +3rd Judicial Court-Salt Lake,    450 S State St,    Salt Lake City, Utah 84111-3101
8946471     +5th Judicial Court,    206 W. Tabernacle #100,    St George, Utah 84770-2401
8946501     +AMS,   PO Box 910431,    St.George, UT 84791-0431
8946474     +ATM Title Loans LLC,    1031 S BluffSt.,    St.George, UT 84770-5206
9073824      Advanced Pain Management,    620 S 400 E #201,    St. George UT 84770-7060
8946475     +Allied Collection Service,    PO Box 651027,    SaltLake City, UT 84165-1027
8946476     +American Management Service,    321 N Mall Dr #X102,    St George, Utah 84790-7343
8946477     +American Title Loans,    239 N Bluff St.,    St.George, UT 84770-4552
8946478     +Ameripath Arvada,    Colorado Pathology Consultants,    PO Box 840274,    Dallas, TX 75284-0274
8946479     +Baja Broadband,    111 W. 700 S,    St George, Utah 84770-3550
8946481     +CHN, Inc,    3460 S Pioneer Pkwy,    West Valley City, UT 84120-2049
8946483     +Cash America Pawn #0 1153,    4253 W 3500 S,    West Valley City, UT 84120-3205
8946482     +Cash2-U,    520 W Telegraph Rd. #3,    Washington, UT 84780-2354
8946484     +Center of Orthopedic & Rehab Excellence,    3584 W 9000 S #405,    West Jordan, UT 84088-5712
8946486     +Circuit Court-Salt Lake County!,    Murray Dept.,    688 E Vine St¡,    Murray, UT 84107-5549
8946488     +Classic Lifeguard,    2244 S 1640 W,    Woods Cross, UT 84087-2300
8946489     +Collection Bureau of America,    PO Box 5013,    Hayward, CA 94540-5013
8946491     +Comcast,    1350 E Miller Ave.,    Salt Lake City, UT 84106-3092
8946492     +Coral Desert Imaging Center,    PO Box 1086,    Salt Lake City, UT 84110-1086
8946493     +Cottonwood Hospital Medical Center,    Attn: Intermountain Healthcare,    PO Box 30191,
              Salt Lake, City, UT 84130-0191
8946495     +Credit Assurance Agency,    650 E 4500 S #150,    Murray, UT 84107-4535
8946496     +Credit Protection Association,    13355 Noel Rd. #2100,    Dallas, TX 75240-6837
8946504    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,    PO Box 78626,    Phoenix, AZ 85062)
8946499     +David K Knowlton, DDS,    4788 S Redwood Rd.,    Salt Lake City, UT 84123-3147
8946500     +Department of Administrative Svs.,    1135 State Office Bldg.,    Salt Lake City, UT 84114-1205
8946502     +Desert Vista Internal Medicine,    368 E Riverside Dr. #38,    St George, UT 84790-6896
8946503      Desert Vista/Brett Wallin,    358 E Riverside Dr #38,    St.George, UT 84790
8946505     +Donald A Schmidt, MD PC,    9844 S 1300 E #275,    Sandy, UT 84094-4692
8946506     +Dr. Michael R. Green, PC,    PO Box 572528,    Salt Lake City, UT 84157-2528
8946507     +E Partner, NE,    746 E 1910 S #3,    Provo, Utah 84606-6225
8946508     +EM Phys Interfrated Care,    PO Box 96398,    Oklahoma City, OK 73143-6398
8946512     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
8946513      Heber Valley Medical Center,    1485 SHwy 40,    Heber City, UT 84032
8946514     +Hunter Imaging Associates!,    Consulmed Medical Billing & Consulting,    PO Box 1169,
              Bountiful, UT 84011-1169
8946516     +IHC,   Patient Financial Services,    PO Box 410400,    Salt Lake City, Utah 84141-0400
8946518     +Interstate Collections,    60 E Claybourne Ave,    Salt Lake City, UT 84115-3520
8946519     +James H. Deans #846,    440 S 700 E #10l,    Salt Lake City, UT 84102-2800
8946520     +Jensen & Sullivan, Attorneys,    PO Box 150612,    Ogden, Utah 84415-0612
8946521     +Johnson and Jensen, Attorneys,    PO Box 571278,    Murray, UT 84157-1278
8946522     +Kelvin Q Nisson, DDS,    352 E Riverside Dr. #C-3,    St.George, UT 84790-5813
8946523     +Kevin Parzych, MD,    1151 E 390 0S #B-299,    Salt Lake City, UT 84124-1281
8946524     +Kim D Chen, DO,    Mountain West Anesthesia,    1954 E Ft. Union Blvd. #102,
              Salt Lake City, UT 84121-6883
8946526      Lab Corporation of America,    PO Box 57917,    Salt Lake City, UT 84157
8946527     +Larson Dental/Eric A Larson, DDS,    928 E 100 S,    Salt Lake City, UT 84102-1455
8946528     +Loan Max, LLC,    2235 S State St.,    Salt Lake City, UT 84115-2752
8946529     +Media One of Utah,    PO Box 704005,    West Valley, UT 84170-4005
8946532     +Medical Payment Data,    2150 15th Avenue,    Vero Beach, FL 32960-3436
8946534      Mobile Comm,    PO Box 769200,    Dallas, TX 75376
8946530     +Mountain Fuel,    2974 Washington Blvd.,    Ogden, UT 84401-3721
8946535     +Mountainland Collections,    PO Box 1280,    American Fork, Utah 84003-6280
8946536     +Mt. Olympus Radiology Group, Inc.,    168 E 5900 S #C-105,    Murray, UT 84107-7290
8946538     +National Account Adjusters, Inc.,    999 18th St. #1601,    Denver, CO 80202-2426
8946540      Office of State Debt Collection,    State Office Bldg.,    Salt Lake City, UT 84114
8946541     +Outsource,   PO Box 166,    Ogden, UT 84402-0166
8946542     +Outsource Receivables Mg,    PO Box 166,    Salt Lake City, Utah 84110-0166
8946543     +Outsource Recovery,    180 S 300 W#210,    Salt Lake City, UT 84101-1490
8946544     +Paramount Acceptance,    PO BOX 17317,    HOLLADAY, UTAH 84117-0317
8946545     +Park City Healthcare,    PO Box 680670,    Park City, UT 84068-0670
8946546     +Pay Day Loans,    1460 S State St.,    Salt Lake City, UT 84115-5424
8946547     +Phase II Center for Womens Health PC,    PO Box 572528,    Salt Lake City,UT 84157-2528
8946548     +Physical Medicine LLC,    1424 E Foremaster Dr #120,    St.George, UT 84790-5844
8946549     +Pioneer Valley Hospital,    3460 S. Pioneer Pkwy,    West Valley City, UT 84120-2098
8946550     +Public Storage,    4065 Sams Blvd.,    Kearns, UT 84118-4325
8946552     +QwestlCentury Link/Bankruptcy Dept.,    700 W. Mineral Ave,    Arizona Room,
              Littleton, CO 80120-4511
8946554     +Rocky Mountain Power,    PO Box 25308,    Salt Lake City, Utah 84125-0308
8946553     +Rocky Mountain Power,    1033 NE 6th Ave.,    Portland, OR 97232-2017
```

```
8946555      +Roy H Trawick,    5848 S Fashion Blvd.,    Murray, UT 84107-6121
8946556      +Sentry Investigation, Inc,    5899 S State St #10,    Murray, UT 84107-6134
8946557      +So Utah Physical Therapy!,    Jason Tomilson,    1490 E Foremaster Dr. #260B,
               St.George, UT 84790-4488
8946558      +So. Valley Ent Association,    3584 W9000 S #311,    West Jordan, UT 84088-4775
8946559      +South Valley ENT Associates,    3584 W 9000 S #311,    West Jordan, UT 84088-4775
8946560      +Southern Utah Physical Therapy,    1490 E Foremaster Dr #260 B,    St. George UT 84790-4488
8946561       Sprint,   6391 Sprint Pkwy,    Overland, KS 66251
8946562       St.George Endoscopy,    6360 S 3000 B #300,    Salt Lake City, UT 84121
8946563      +St.George Radiology,    544.S400E,    St.George, UT 84770-3705
8946564      +Terrence A Hugar, PC,    999 18th St #1601,    Denver, CO 80202-2426
8946565      +Todd Sterling, MD,    620 S 400 E #201,    St.George, UT 84770-7060
8946566      +Tyler Johnson,    88N 100E,    Washington, UT 84780-1629
8946567      +University Hospital Physicians,    U of U BR Physicians,    PO Box 510726,
               Salt Lake City, UT 84151-0726
8946569      +University Radiology Assoc.,    University Medical Billing,    PO Box 581200,
               SaltLake City,UT 84158-1200
8946570      +University of Utah Healthcare,    PO Box 510721,    Salt Lake City, Utah 84151-0721
8946571      +Utah Power,    1033 NE 6th Ave.,    Portland, OR 97232-2017
8946572      +Utah Title Loan,    3325 W 3500 S,    West Valley City, UT 84119-2629
8946573      +Verd J Erickson, DDS,    VIP Dental,    330 E Tabernacle,    St.George, UT 84770-3093
8946574      +Viking Insurance/Roy Rushton,    Insurance Agency Inc.,    1906 W 7800 S,
               West Jordan, UT 84088-4021
8946575      +Wain Allen, MD,    PO Box 865,    Coalville, UT 84017-0865
8946577       West Asset Management Inc.,    2703 NHwy. 75,    Sherman, TX 75090
8946578      +Western Emergency Physicians,    PO Box 27127,    Salt Lake City, UT 84127-0127
8946579       William S Muir, MD,    5810 S 300 E #300,    Salt Lake City, UT 84107
8946580      +Willis,   4065 Sams Blvd.,    Kearns, UT 84118-4325
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8946472      +E-mail/PDF: recoverybankruptcy@afninet.com Nov 05 2013 00:55:40      AFNI,    PO Box 3427,
               Bloomington, IL 61702-3427
8946473      +E-mail/Text: bkrpt@retrievalmasters.com Nov 05 2013 00:54:01      AMCA,    PO Box 1235,
               Elmsford, NY 10523-0935
9000886      +E-mail/Text: bnc@atlasacq.com Nov 05 2013 00:53:45     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
8946480      +E-mail/Text: banko@bonncoll.com Nov 05 2013 00:54:20      Bonneville Billing & Collections,
               1186 E4600 S #100,    Ogden, Utah 84403-4896
8946485      +E-mail/Text: bklaw2@centurylink.com Nov 05 2013 00:54:08      Century Link,    1801 California St.,
               Denver, CO 80202-2658
9057988      +E-mail/Text: diana.hamblin@sgcity.org Nov 05 2013 00:54:17      City of St. George,
               175 East 200 North,    St. George, UT 84770-2845
8946487      +E-mail/Text: diana.hamblin@sgcity.org Nov 05 2013 00:54:17      City of St. George Utilities,
               PO Box 1750,    St George, Utah 84771-1750
8946497      +E-mail/Text: teresa@cslinc.biz Nov 05 2013 00:53:44     Credit Service of Logan,    PO Box 3730,
               Logan, Utah 84323-3730
8946509      +E-mail/Text: bknotice@erccollections.com Nov 05 2013 00:54:06      Enhanced Recovery,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
8946511      +E-mail/Text: bankruptcy@expressrecovery.com Nov 05 2013 00:53:56
               Express Recovery Services, Inc,    P0 Box 26415,    Salt Lake City, Utah 84126-0415
8946510      +E-mail/Text: bankruptcy@expressrecovery.com Nov 05 2013 00:53:56
               Express Recovery Services, Inc,    2790 S. Decker Lake Dr.,    Salt Lake City, Utah 84119-2057
8946515      +E-mail/Text: Bankruptcy@icsystem.com Nov 05 2013 00:54:06      IC System,    PO Box 64886,
               St Paul, MN 55164-0886
8946517      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Nov 05 2013 00:54:15
               Insurance Support Center,    PO Box 680001,    Dallas, TX 75368-0001
8946525      +E-mail/Text: bureauknight@yahoo.com Nov 05 2013 00:53:54      Knight Adjustment Bureau,
               404 E. 4500 S. #A-34,    Salt Lake City, Utah 84107-2710
8946531      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2013 00:56:43      LVNV Funding, LLC,
               PO Box 740281,    Houton, TX 77274-0281
8946533      +E-mail/Text: croll@menlove.com Nov 05 2013 00:54:20     Menlove Financial Services,    PO Box 909,
               Bountiful, UT 84011-0909
8946537      +E-mail/Text: bkclerk@north-american-recovery.com Nov 05 2013 00:54:10      NAR,
               5225 Wiley Post Way #410,    Salt Lake City, Utah 84116-2561
8946551      +E-mail/Text: bklaw@centurylink.com Nov 05 2013 00:54:22      Questar,    PO Box 3194,
               SaltLake City, Utah 84110-3194
8946568      +E-mail/Text: UMCBankruptNotice@umcsn.com Nov 05 2013 00:53:55      University Medical Center,
               2200 South Rancho Drive, Ste 150B,    Las Vegas, NV 89102-4410
8946576      +E-mail/Text: kwheelwright@washingtoncity.org Nov 05 2013 00:54:15      Washington City,
               111 N 100 E,    Washington, UT 84780-1632
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8946490       Comcast,   PO Box 34395,    RETURNED MAIL--99999
8946498       Cricket,   PO Box 660021,    RETURNED MAIL--99999
8946539       Northern AZ Cr. Bureau,    120 S Beaver St.,    RETURNED MAIL--99999
```

```
District/off: 1088-2           User: ksh                    Page 3 of 3                   Date Rcvd: Nov 04, 2013
                               Form ID: f253                Total Noticed: 111
```

```
9055418*     +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
8946494     ##+Country Dental PC,    2313 Santa Clara Dr. #J-1,    Santa Clara, UT 84765-5472
9062230     ##+Questar Gas Company,    Bankrutpcy DNR 244,    1140 W 200 S,    PO BOX,
              Salt Lake City, UT 84104-1800
                                                                                   TOTALS: 3, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2013 at the address(es) listed below:
              Gary E. Jubber    tr    gjubber@fabianlaw.com,
               UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
              John T. Morgan    tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              Peter J. Kuhn    tr    on behalf of U.S. Trustee    United States Trustee Peter.J.Kuhn@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4